*[Handwritten margin note:]* 12/26/2012 I adopt the report and recommendation and dismiss the case. Patti B. Saris

# United States District Court
# District of Massachusetts

JACK E. HENDERSON, JR.,
    Plaintiff,

v.                                          CIVIL ACTION NO. 12-10410-PBS

DR. CONRAD H. BENOIT,
DR. PHILLIP DOMBROWSKI,
STACEY LEAFSONG,
ROBERT A. BROWN, ESQ.,
MASSACHUSETTS APPEALS COURT,
MASSACHUSETTS PROBATE AND FAMILY COURT,
    Defendants.

*REPORT AND RECOMMENDATION ON DEFENDANT ROBERT A. BROWN'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM (#10), MOTION TO DISMISS OF DEFENDANTS CONRAD H. BENOIT, D.O. AND PHILIP DOMBROWSKI, M.D. (#12), AND STATE DEFENDANTS' <u>MOTION TO DISMISS COMPLAINT (#19)</u>*