Case 1:12-cv-10410-PBS Document 35 Filed 12/26/12 Page 1 of 1
Case 1:12-cv-10410-PBS Document 30 Filed 11/06/12 Page 1 of 20

# United States District Court
# District of Massachusetts

JACK E. HENDERSON, JR.,
    Plaintiff,

v.                                    CIVIL ACTION NO. 12-10410-PBS

DR. CONRAD H. BENOIT,
DR. PHILLIP DOMBROWSKI,
STACEY LEAFSONG,
ROBERT A. BROWN, ESQ.,
MASSACHUSETTS APPEALS COURT,
MASSACHUSETTS PROBATE AND FAMILY COURT,
    Defendants.

*REPORT AND RECOMMENDATION ON DEFENDANT ROBERT A. BROWN'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM (#10), MOTION TO DISMISS OF DEFENDANTS CONRAD H. BENOIT, D.O. AND PHILIP DOMBROWSKI, M.D. (#12), AND STATE DEFENDANTS' <u>MOTION TO DISMISS COMPLAINT (#19)</u>*

[Handwritten margin note: 12/26/2012 — I adopt the report and recommendation and dismiss the case. Paul B. Saris]